UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHARONDA BARNES                                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 3:21-CV-760-KHJ-BWR

JACKSON MUNICIPAL AIRPORT AUTHORITY,
GEORGE P. MASHEGO, and JOHN DOES 1–5                         DEFENDANTS

ORDER TO SHOW CAUSE

This action is before the Court sua sponte upon notice of Plaintiff Sharonda Barnes' failure to prosecute this action against Defendant George P. Mashego. Plaintiff's Complaint [1] was filed on November 23, 2021, and Defendant Mashego was served on February 23, 2022. *See* [15]. No answer, responsive pleading, nor appearance has been made on behalf Mashego, and Barnes has not moved for a clerk's entry of default or taken any further action. It is unclear if Barnes intends to pursue her claims against Mashego.[1] Accordingly,

IT IS, THEREFORE, ORDERED that Barnes show cause, in writing, on or before December 2, 2022, why this matter should not be dismissed against Mashego for Plaintiff's failure to prosecute. IT IS FURTHER ORDERED that Plaintiff's failure to file a response and show sufficient cause by December 2, 2022, may result

---

[1] A review of the Complaint reveals Barnes alleges only Title VII claims against Mashego. But "[i]ndividuals are not liable under Title VII in either their individual or official capacities." *Ackel v. Nat'l Commc'ns, Inc.*, 339 F.3d 376, 381 n.1 (5th Cir. 2003). The Court previously dismissed the other individual defendant Ferdinand N. Njuakom [13].

in this civil action being dismissed without prejudice against Defendant George P. Mashego without further notice.

    SO ORDERED this the 22nd day of November, 2022.

                                                  s/ *Kristi H. Johnson*
                                                  UNITED STATES DISTRICT JUDGE